**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00365 REB-NYW

KIMBERLY S. HERT,

      Plaintiff,

      v.

SAFEWAY, INC.,

      Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action is before the court on Plaintiff Kimberly S. Hert's ("Plaintiff") Motion to Allow Filing of First Amended Complaint, filed on August 12, 2015 [#24] (the "Motion"). Pursuant to the Order Referring Case dated March 19, 2015 [#10] and the Order Referring Motion dated August 13, 2015 [#25], the Motion is before this Magistrate Judge.

      IT IS ORDERED THAT the Motion is GRANTED. Accordingly, IT IS ORDERED that Plaintiff shall file and serve Plaintiff's proposed First Amended Complaint [#24-1] in a clean form omitting any "striking through" or "underling" pursuant to D.C.COLO.LCivR 15.1 no later than **September 24, 2015**.

DATED: September 17, 2015