**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00365-REB-NYW

KIMBERLY S. HERT,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#41][1] filed March 22, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this case should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the jury trial set to commence April 11, 2016, is vacated;

4. That the terms of the Agreement pursuant to which the Stipulation has been filed shall be kept strictly confidential by plaintiff, Kimberly S. Hert, and that any disclosure of such terms, except to her immediate family, tax advisor, or as may be required by law, may constitute contempt of court for which the court may enter such

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

sanctions as are appropriate; and

     5.  That this case is dismissed with prejudice with the parties to pay their own attorney fees and costs.

     Dated March 22, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge